UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| LINDA HAMILTON, | ) | CASE NO: 6:10-cv-01440-JTM-KMH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HANNY, LLC, a Kansas Limited | ) | |
| Liability company, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereto stipulate that the above-captioned matter is hereby dismissed with prejudice.

Dated: August 19, 2011

Respectfully submitted,

| | |
|---|---|
| s/Stephan M. Nitz | s/ Dennis Lacey |
| Stephan M Nitz | Nelson, Gunderson & Lacey |
| FBN: 45561 | Kansas Bar No.: 11876 |
| Schwartz Zweben, LLP | 2420 N. Woodlawn |
| 3876 Sheridan Street | Building 100, Suite K |
| Hollywood, Florida 33021 | Wichita, Kansas 67220 |
| (954-966-2483 – Telephone | (316)-618-3800 - Telephone |
| (954) 374-6972 - Facsimile | (316)-618-3900 - Facsimile |
| snitz@szalaw.com | dvl@nelsongunderson.com |
| (admitted *pro hac vice*) | *Attorneys for Defendant* |

and

s/Lawrence W. Williamson
Lawrence W. Williamson, Jr.
Kansas Bar No: 21282
Williamson Law Firm LLC
218 Delaware, Ste., #207
Kansas City, MO 64105
(816) 256-4150 – Telephone
(913) 535-0736 – Facsimile
l.williamson@williamsonfirm.com
*Attorneys for Plaintiff*